## Scott F. Waterman

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Thursday, August 03, 2017 4:53 PM |
| To: | scottfwaterman@gmail.com |
| Subject: | U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: John C Roe, Case Number: 17-14607, jkf, Ref: [p-110546094] |
| Attachments: | R_P21714607309I0060.PDF |

Notice of Returned Mail to Debtor/Debtor's Attorney

August 3, 2017

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

   In re: John C Roe, Case Number 17-14607, jkf

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court</u>
<u>Philadelphia</u>
<u>900 Market Street</u>
<u>Suite 400</u>
<u>Philadelphia, PA 19107</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Santander Bank Na
865 Brook St
Rocky Hill, CT 06067-3444

THE UPDATED ADDRESS IS:

   P.O. Box   12646
   Reading, PA 19612

_____   8-3-17
Signature of Debtor or Debtor's Attorney       Date

1