# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-14607-MDC

JOHN  C ROE

425 VIRGINIA AVENUE

HAVERTOWN, PA 19083

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN  C ROE

    425 VIRGINIA AVENUE

    HAVERTOWN, PA 19083

**Counsel for debtor(s), by electronic notice only.**
    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                          /s/ William C. Miller

Date: 10/4/2017

                                          _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee