# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 17-14607-MDC

JOHN  C ROE

425 VIRGINIA AVENUE

HAVERTOWN, PA 19083

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN  C ROE

    425 VIRGINIA AVENUE

    HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

    SCOTT F. WATERMAN ESQ
    110 W FRONT ST

    MEDIA, PA 19163-

Date: 12/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee