UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: John Roe        :        Chapter 13
                       :
       Debtor          :        No. 17-14607-mdc

## PRAECIPE TO CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1307(a)

Debtor, John Roe, respectfully represents:

1. This case was filed as a Chapter 13 on July 6, 2017.

2. The case has not been previously converted.

3. The Debtor is eligible to be a debtor under Chapter 7.

4. The Debtor desires to convert to a case under Chapter 7 of 11 U.S.C. and to have a Chapter 7 Trustee appointed.

**WHEREFORE**, the Debtor requests for relief under Chapter 7 of title 11 of the United States Code.

Respectfully submitted:

**WATERMAN & MAYER, LLP.**

Dated:  February 22, 2018              By: /s/ Scott F. Waterman
                                       **SCOTT F. WATERMAN, ESQUIRE**
                                       Attorney for Debtor
                                       110 W. Front Street
                                       Media, PA  19063
                                       (610) 566-6177 Phone
                                       (610) 892-6991  Fax