United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C Roe  
    Debtor

Case No. 17-14607-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina     Page 1 of 2     Date Rcvd: Feb 26, 2018  
                         Form ID: 210U      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.

```
db            +John C Roe,    425 Virginia Avenue,    Havertown, PA 19083-2122
13947986       Phelan, Hallinan Diamond & Jones , LLP,    Bankruptcy Department,    1617 JFK Boulevard,
               One Penn Center, Ste 1400,    Philadelphia, PA 19103-1814
13947987      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13957439      +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
13947988      +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13953136      +WELLS FARGO BANK, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
13947990      +Wells Fargo Bank Nv Na,    P O Box 31557,    Billings, MT 59107-1557
13966631      +Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines IA 50328-0001
13947991      +Wilmington Savings Fund Society,    15480 Laguna Canyon Road,    Suite 100,
               Irvine, CA 92618-2132
13963839      +Wilmington Savings Fund Society, FSB,    dba Christiana Trust for Pretium Mrtgage,
               c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14017075      +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Feb 27 2018 02:09:47      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2018 02:09:17
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2018 02:09:46      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13959159       E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2018 02:09:09      Ally Financial,
               PO Box 130424,    Roseville MN 55113-0004
13947983      +E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2018 02:09:09      Ally Financial,
               200 Renaissance Ctr,    Detroit, MI 48243-1300
13954992       E-mail/Text: mrdiscen@discover.com Feb 27 2018 02:09:11      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13947984      +E-mail/Text: mrdiscen@discover.com Feb 27 2018 02:09:11      Discover Financial,    Po Box 3025,
               New Albany, OH 43054-3025
13947985      +E-mail/Text: cio.bncmail@irs.gov Feb 27 2018 02:09:13      Internal Revenue Service,
               600 Arch Street,    Philadelphia, PA 19106-1695
13947989      +E-mail/Text: bankruptcy@sw-credit.com Feb 27 2018 02:09:38      Southwest Credit Systems,
               4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13984154       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2018 02:17:46      Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13947992      +E-mail/Text: Bankruptcy@wsfsbank.com Feb 27 2018 02:10:19      Wilmington Savings Fund Society,
               500 Delaware Avenue,    12th Floor,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 11
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Christina              Page 2 of 2                    Date Rcvd: Feb 26, 2018
                              Form ID: 210U                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
        KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
        Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
        KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
        Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
        bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN    on behalf of Debtor John C Roe scottfwaterman@gmail.com,
        scottfwaterman@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: John C Roe                                                              Case No: 17−14607−mdc

        Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 2/26/18

For The Court

Timothy B. McGrath
Clerk of Court

39
Form 210U