United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C Roe  
    Debtor

Case No. 17-14607-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 2    Date Rcvd: Feb 27, 2018  
    Form ID: 309A    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.

```
db              +John C Roe,    425 Virginia Avenue,    Havertown, PA 19083-2122
13947986         Phelan, Hallinan Diamond & Jones , LLP,    Bankruptcy Department,    1617 JFK Boulevard,
                   One Penn Center, Ste 1400,    Philadelphia, PA 19103-1814
13947987        +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13957439        +Santander Bank, N.A.,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
13947988        +Scott F. Waterman, Esquire,    110 W. Front Street,    Media, PA 19063-3208
13947991        +Wilmington Savings Fund Society,    15480 Laguna Canyon Road,    Suite 100,
                   Irvine, CA 92618-2132
14017075        +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                   P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: scottfwaterman@gmail.com Feb 28 2018 02:24:43      SCOTT F. WATERMAN,
                   110 West Front Street,    Media, PA  19063
tr               EDI: BTPDERSHAW.COM Feb 28 2018 07:13:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                   P.O. Box 556,    Warminster, PA  18974-0632
smg              E-mail/Text: bankruptcy@phila.gov Feb 28 2018 02:25:18      City of Philadelphia,
                   City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:24:59
                   Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2018 02:25:11      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 28 2018 02:25:04      United States Trustee,
                   Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13959159         EDI: GMACFS.COM Feb 28 2018 07:13:00      Ally Financial,    PO Box 130424,
                   Roseville MN 55113-0004
13947983        +EDI: GMACFS.COM Feb 28 2018 07:13:00      Ally Financial,    200 Renaissance Ctr,
                   Detroit, MI 48243-1300
13954992         EDI: DISCOVER.COM Feb 28 2018 07:13:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH  43054-3025
13947984        +EDI: DISCOVER.COM Feb 28 2018 07:13:00      Discover Financial,    Po Box 3025,
                   New Albany, OH 43054-3025
13947985        +EDI: IRS.COM Feb 28 2018 07:13:00      Internal Revenue Service,    600 Arch Street,
                   Philadelphia, PA 19106-1695
13947989        +EDI: SWCR.COM Feb 28 2018 07:13:00      Southwest Credit Systems,
                   4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13984154         EDI: AIS.COM Feb 28 2018 07:13:00      Verizon,    by American InfoSource LP as agent,
                   PO Box 248838,    Oklahoma City, OK  73124-8838
13947990        +EDI: WFFC.COM Feb 28 2018 07:13:00      Wells Fargo Bank Nv Na,    P O Box 31557,
                   Billings, MT 59107-1557
13966631        +EDI: WFFC.COM Feb 28 2018 07:13:00      Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,
                   Des Moines IA 50328-0001
13947992        +E-mail/Text: Bankruptcy@wsfsbank.com Feb 28 2018 02:25:29      Wilmington Savings Fund Society,
                   500 Delaware Avenue,    12th Floor,    Wilmington, DE 19801-7405
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                   Page 2 of 2                   Date Rcvd: Feb 27, 2018
                              Form ID: 309A                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor John C Roe scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | John C Roe | Social Security number or ITIN | xxx–xx–9209 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 7/6/17 |
| Case number: | 17–14607–mdc | Date case converted to chapter 7 | 2/22/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John C Roe | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 425 Virginia Avenue<br>Havertown, PA 19083 | |
| 4. | **Debtor's attorney**<br>Name and address | SCOTT F. WATERMAN<br>110 West Front Street<br>Media, PA 19063 | Contact phone (610) 566–6177<br>Email:  scottfwaterman@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br>Email:  td@ix.netcom.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 2/27/18 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 4, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/3/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**