## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John C. Roe<br>    Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust<br>    Movant<br>  vs. | NO. 17-14607 JKF |
| John C. Roe<br>    Debtor(s)<br>Tara Roe<br>    Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esq.<br>    Trustee | |

### ORDER

AND NOW, this 27th day of February, 2018, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and the automatic stay of all proceedings as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the codebtor stay as provided under Section 1301 of the Bankruptcy Code, are modified as to Movant, with respect to the subject premises located at 425 Virginia Avenue, Havertown, PA 19083 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

                     _Magdeline D. C_____
                     United States Bankruptcy Judge

John C. Roe
425 Virginia Avenue
Havertown, PA 19083

Tara Roe
425 Virginia Avenue
Havertown, PA 19083

Scott F. Waterman, Esq.
110 West Front Street
Media, PA 19063

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532