IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John Roe : Chapter 13
        Debtor : 
: 
: No. 17-14607

## ORDER

AND NOW, this __12th__ day of __March__, 2018 upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtor, for Approval of Counsel Fees in the sum of $3,500.00, and costs in the amount of $400.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.  The amount of $1,500.00 shall be paid from available funds by the Chapter 13 Trustee in accordance with the terms of the confirmed plan.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman, Bankruptcy Judge